# ALABAMA COURT OF CRIMINAL APPEALS



September 12, 2025

**CR-2024-0691**
Emmanuel M. Key v. State of Alabama (Appeal from Coffee Circuit Court: CC-21-333)

## <u>NOTICE</u>

You are hereby notified that on September 12, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk